Troy **FORD**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. WD 46593.

Missouri Court of Appeals,
Western District.

Feb. 2, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 30, 1993.

Application to Transfer Denied
May 25, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Michael J. Spillane, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and SHANGLER and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from dismissal for untimely filing of Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).